UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MARK JOHNSON | CASE NO: |
| Plaintiff(s), | 2:14−cv−02268−MMM−JEM |
| v. | |
| STANDARD INSURANCE COMPANY, et al. | ORDER DISMISSING CIVIL ACTION |
| Defendant(s). | |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: September 5, 2014

*Margaret M. Morrow*

Margaret M. Morrow
United States District Judge